**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELSA FLOREIVET DIAZ-REYES,<br><br>  Defendant.<br>_____/ | No. CR 01-00423-2 JSW<br><br>**JUDGMENT RE MOTION FOR FOR REDUCTION OF SENTENCE** |

Pursuant to the Court's Order denying Defendant Elsa Floreivet Diaz-Reyes' motion for reduction of sentence and denying a request for a certificate of appealability, issued on January 14, 2014, JUDGMENT is HEREBY ENTERED.

**IT IS SO ORDERED.**

Dated: January 15, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE